IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEAH FILIPKOSKI | : | |
| | : | |
| Plaintiff | : | CIVIL NO: 3:22-1696 |
| | : | |
| v. | : | |
| | : | (JUDGE MARIANI) |
| SCHIFF'S RESTAURANT SERVICE, INC. | : | |
| | : | |
| Defendant | : | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 19, 2023 and the results of that conference are indicated below:

    __X__     The case has been completely settled.

    _____     No settlement reached.

    _____     The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

Date: April 19, 2023

/s/ Cynthia R. Vullo,
Mediator
Koff, Mangan, Vullo & Gartley, PC
1065 Highway 315, Ste. 302
Wilkes-Barre, PA 18702
(570) 718-1700
(570) 718-1701
Atty. Id. No.: 45720
cvullo@kmvglaw.com